

Entered on Docket
October 25, 2010

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
201 Las Vegas Blvd SouthSuite 200
Las Vegas, NV  89101
(702) 853-0700
kal13mail@las13.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>**KATHERN CENTANARO**<br><br>**Debtor**<br><br>**RANDOLPH H GOLDBERG ESQ**<br>**Attorney for Debtor** | Chapter 13<br>BKS-09-16847-LBR<br><br>Hearing Date:10/21/2010<br>Hearing Time: 2:00 pm |

### ORDER OF DISMISSAL

A motion for Order Dismissing Bankruptcy Proceedings filed by the Trustee in the above-captioned matter having come on for hearing, the following parties having appeared:

(X)  Trustee        ( ) Debtor(s)        ( ) Attorney for Debtor(s)        ( ) Other: ,

and said Motion having been considered by this Court, and good cause appearing therefore;

IT IS HEREBY ORDERED that the above-captioned proceedings under Chapter 13 be, and the same hereby is DISMISSED for the Debtor(s) failure to:

- Make Plan payment

IT IS FURTHER ORDERED that the Trustee is allowed $0.00 as and for expenses incurred in the administration of this case.

Dated:  October 22, 2010

/s/ Kathleen A. Leavitt
Kathleen A. Leavitt, Chapter 13 Trustee
()

**LR 9021 certification language:**

In accordance with LR 9021, counsel submitting this document certifies as follow s ;

_X_  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

None - no parties appeared

###